| Attorney or Party without Attorney: <br> EDELSON LLC <br> 999 W. 18TH STREET <br> SUITE 3000 <br> DENVER, CO 80202 <br> Telephone No: (303) 357-4977 <br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of Illinois | | | | |
| Plaintiff: YAZAN HUSSEIN, ETC. | | | | |
| Defendant: COINABUL, LLC AND JASON SHORE | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:14-CV-05735 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF'S MOTION FOR AND MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION; LETTER DATED JULY 28, 2014

3. a. Party served:   COINABUL, LLC, A WYOMING LIMITED LIABILITY COMPANY
   b. Person served:  CHRISTINA HORTON, AGENT AUTHORIZED TO ACCEPT, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   1712 PIONEER AVE.
   SUITE 101
   CHEYENNE, WY 82001

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jul. 29, 2014 (2) at: 10:30AM

7. Person Who Served Papers:
   a. DANIELLE BRODERICK

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 29, 2014

   *(signature)* (DANIELLE BRODERICK)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

172829   .edelson.634759