IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YAZAN HUSSEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COINABUL, LLC a Wyoming limited liability company, and JASON SHORE, an individual,<br><br>Defendants, | Case No.: 14-cv-05735<br><br>Judge James B. Zagel<br>Magistrate Judge Maria Valdez |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendants, Coinabul, LLC and Jason Shore, by and through their attorneys, Joseph R. Marconi, Frank P. Nowicki and Ann E. Zipfel of Johnson and Bell, Ltd., pursuant to Federal Rule of Civil Procedure Section 6(b), respectfully seek a thirty (30) day extension of time within which to answer or otherwise plead in this cause. In further support of this motion, Defendants state the following:

1. This matter was filed on July 25, 2014 (Dkt. 1).

2. Due to the fact that this matter has only recently been assigned to counsel for the Defendants, the Defendants have not yet filed their responsive pleadings in this matter, which were due to be filed, according to the docket, by August 19, 2014. (Dkt. 3).

3. The undersigned attorneys for the Defendants are filing their appearances in this matter at the same time that this motion is being filed. They are moving for this extension of time so that they can consult with their clients regarding the allegations of the Plaintiff's complaint and the manner in which to respond to same.

1

4. The granting of this motion will not prejudice the Plaintiff in this case, whereas the denial of this motion will greatly prejudice the Defendants by not allowing them to assert a substantive defense to the allegations made by the Plaintiff.

5. This motion is not brought for the purposes of delay, but rather to provide additional time to the Defendants to answer or otherwise plead in this matter before the court, and to further provide the Defendants the opportunity to litigate this matter on its merits.

The Defendants respectfully request that this Court enter an order, pursuant to the Federal Rule of Civil Procedure, Section 6(b), granting them a thirty (30) day extension from the date of the motion hearing, to answer or otherwise plead to Plaintiff's complaint.

Respectfully submitted, this 29th day of August, 2014,

/s/ Ann E. Zipfel
One of the Attorneys for the Defendants

Joseph R. Marconi (01760173)
Frank P. Nowicki (3125382)
Ann E. Zipfel (6297259)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
marconij@jbltd.com
nowickif@jbltd.com
zipfela@jbltd.com

/3839500

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served Defendants' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint on August 29, 2014, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ann E. Zipfel*
One of the Attorneys for Defendants

Ann E. Zipfel (ARDC 6297259)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
zipfela@jbltd.com