# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAZAN HUSSEIN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14 CV 5735 |
| COINABUL, LLC, a Wyoming limited liability company, and JASON SHORE, an individual, | ) ) ) ) | Judge James B. Zagel Magistrate Judge Maria Valdez |
| Defendant. | ) ) | |

## DECLARATION OF JASON SHORE

I, Jason Shore, do hereby swear, certify and affirm that:

1. I am over the age of 18 and am a resident of the State of California. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. I am the founder and CEO of Coinabul, LLC, a Wyoming limited liability company that operates the Website www.coinabul.com.

3. From the date it went live in October 2011, www.coinabul.com has contained Terms of Service that apply to all orders, purchases, and sales made through www.coinabul.com.

4. The Terms of Service do, and at all times did, contain a forum selection clause stating as follows:

> Dispute Resolution
>
> It is our goal that all disputes can be resolved in a timely fashion. To that end, use of any Coinabul service requires that you agree to dispute resolution as outlined below:

1

> 1. Forum Selection: The State courts of Wyoming shall have jurisdiction in any disputes. Disputes must be resolved within those courts. By using any Coinabul service, you agree to waive any objection to the jurisdiction of those courts.
>
> 2. Governing Law: This User Agreement shall be governed and interpreted in agreement with the laws of Wyoming.

5. The language of this forum selection clause clause has not been changed or altered since the Website went live, and was in effect between November 2012 and June 2013, when Plaintiff placed orders on the Website.

6. The Plaintiff was a repeat customer of the Website, placing 10 orders over a seven-month period. .

7. Plaintiff placed orders on www.coinabul.com on June 22, 23 and 24, 2013. The value of these orders, based on the exchange rate for Bitcoins at the time they were placed, were approximately $33,000.90, $33,246.90 and $100,798.50, respectively. Each of these amounts was high enough to raise a red flag. This prodded Coinabul, LLC to request more information from Plaintiff, per the applicable reporting laws mandated by the United States government and other governmental and/or regulatory bodies at the time in relation to currency transactions, as well as www.coinabul.com's own anti-money laundering policy.

8. On November 6, 2013, I received an email from yankarman11@gmail.com, which I know to be the email address of the Plaintiff, Yazan Hussein. A copy of this email, with the subject "Request for identity documentation" is attached hereto.

9. In Plaintiff's email, he quotes directly from the Website's Terms of Service, which he refers to as "your (Coinabul) TOS":

> Per your (Coinabul) TOS:
>
> *AML procedures*
>
> *"...Please be aware that if you are unable for any reason to satisfy the requirements of our AML policies we will be unable to process your order.."*

*Conditions of Use*

*"...If an order cannot be filled by Coinabul we will either: provide a substitute product of your choice of equivalent value, or provide a refund..."*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2014.

_____
Jason Shore

Frank P. Nowicki (3125382)
Ann E. Zipfel (6297259)
Attorneys for the Defendants
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
nowickif@jbltd.com
zipfela@jbltd.com

#3929865