**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YAZAN HUSSEIN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:14-cv-05735 |
| COINABUL, LLC, a Wyoming limited liability Company, and JASON SHORE, an individual, | ) ) ) | Judge James B. Zagel
Mag. Judge Maria Valdez |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANTS WITHOUT SUBSTITUTION**

Pursuant to Local Rule 83.17 of the of the United States District Court for the District of Illinois, Eastern Division, Joseph R. Marconi, Frank P. Nowicki, Ann E. Zipfel and Brian C. Langs of Johnson & Bell, Ltd. (collectively "Defense Counsel"), move for leave from this Court to withdraw from their representation of Defendants, Coinabul, LLC and Jason Shore. In support of their Motion, Defense Counsel states as follows:

1. On August 29, 2014 and September 2, 2014, Defense Counsel appeared in this matter on behalf of Defendants.

2. Under Illinois Rules of Professional Conduct 1.16(b)(1), an attorney may withdraw from representing a client if "withdrawal can be accomplished without material adverse effect on the interests of the client."

3. This class action is still in its infancy. No class has been defined, and discovery yet to begin. As such, no material adverse effect will occur as a result of Defense Counsels' withdrawal.

4. Per Illinois Rule of Professional Conduct 1.16(b)(5) and (6), "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled" and/or if "the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client."

5. In the instant case, Defense Counsel has had significant difficulty in communicating with Defendant Shore, who currently resides in California, from the outset of this lawsuit. These communication issues have been both systematic and continuous. Further, Defendants have failed to meet other significant obligations to the undersigned.

6. A copy of this motion will be served upon Defendant Shore at his last known address, 3295 Avenida Anacapa, Carlsbad, CA 92009, and upon Defendant Coinabul, LLC at 1712 Pioneer Avenue, Cheyenne, Wyoming 82001.

WHEREFORE, Defense Counsel, Johnson & Bell, Ltd., prays for the entry of an order granting leave to withdraw as counsel for Defendants.

Respectfully submitted,

**JOHNSON & BELL, LTD.**

By: _/s/ Ann E. Zipfel_____
One of the Attorneys for Defendants
COINABUL, LLC and JASON SHORE

Joseph R. Marconi, ARDC #01760173
Frank P. Nowicki, ARDC #3125382
Ann E. Zipfel, ARDC #6297259
Bryan C. Langs, ARDC #6306398
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
/3985747

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2015, I electronically the above document using the CM/ECF system, which will send notification of such filing to counsel of record:

>Benjamin S. Thomassen
>bthomassen@edelson.com
>Rafey S. Balabanian
>rbalabanian@edelson.com
>Alicia E. Hwang
>ahwang@edelson.com
>David I. Mindell
>dmindell@edelson.com
>Edelson PC
>350 N. LaSalle Street, Suite 1300
>Chicago, IL  60654
>T: 312-589-6370   F: 312-589-6378


By: */s/ Ann E. Zipfel*_____
 One of the Attorneys for Defendants
 COINABUL, LLC and JASON SHORE