IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| YAZAN HUSSEIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COINABUL, LLC, a Wyoming limited liability company, and JASON SHORE, an individual,<br><br>*Defendants.* | Case No. 1:14-cv-05735<br><br><br>Judge James B. Zagel<br><br>Magistrate Judge Maria Valdez |

## ORDER OF DEFAULT JUDGMENT

Defendants Coinabul, LLC and Jason Shore, having failed to appear, plead, or otherwise defend in this action, and default having been entered on May 6, 2015, and counsel for Plaintiff Yazan Hussein having requested judgment against the defaulted defendants and having filed a proper declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintiff Yazan Hussein against Defendants Coinabul, LLC and Jason Shore, jointly and severally, in the amount of **$1,557,247.82** in damages and **$816.00** in costs.

**IT IS SO ORDERED.**

Dated: 7/6/2015

*[signature: James B. Zagel]*

HONORABLE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT