IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YAZAN HUSSEIN, | ) | Case No. 14-cv-5735 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge James B. Zagel |
| v. | ) | |
| | ) | |
| COINABUL, LLC and JASON SHORE, | ) | Magistrate Maria Valdez |
| | ) | |
| Defendants. | ) | |

### STIPULATED ORDER

This matter coming on to be heard on the stipulation of the parties to dismiss JASON SHORE as a defendant, with prejudice; due and proper notice having been given; and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that JASON SHORE, is dismissed, with prejudice, from the instant action.

ENTERED:

_____
Honorable James B. Zagel

SO AGREED FOR PLAINTIFF:

_____
Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, Illinois 60605
T. 312-663-0004
Email: ariel@weissberglaw.com

SO AGREED FOR JASON SHORE:

_____
Jason Shore